MARY O. WARD, as Administratrix of MARTIN J. WARD, Deceased, Appellant, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

*Ward* v. *N. Y. C. & H. R. R. R. Co.*, 78 App. Div. 402, affirmed.
(Argued November 23, 1903; decided December 8, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March

4, 1903, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

*George W. Bristol* and *Woolsey Carmalt* for appellant.

*Robert A. Kutschbock* and *Charles C. Paulding* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, HAIGHT, MARTIN, VANN and WERNER, JJ. Not sitting: GRAY, J.